**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

| | |
|---|---|
| Irving Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff<br><br>                    Plaintiff-Appellee,<br><br>            -against-<br><br>Multi-Strategy Fund Limited, Banque Syz & Co. SA, Lloyds TSB Bank PLC, Banque Cantonale Vaudoise, Bordier & Cie, Barclays Bank (Suisse) S.A., and Delta National Bank and Trust Company,<br><br>                    Defendants-Appellants. | 22 **CIVIL** 6502 (JSR)<br>22 **CIVIL** 6512 (JSR)<br>22 **CIVIL** 7173 (JSR)<br>22 **CIVIL** 7189 (JSR)<br>22 **CIVIL** 7195(JSR)<br>22 **CIVIL** 7372 (JSR)<br>22 **CIVIL** 7788 (JSR)<br><br>**JUDGMENT** |

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated November 3, 2022, the Court denied each of Defendants-Appellants' motions seeking interlocutory appeal. That decision is hereby reaffirmed, and the Clerk is directed to close each of the above-captioned cases.

**Dated:** New York, New York
          November 4, 2022

                                                                **RUBY J. KRAJICK**

                                                        _____
                                                        **Clerk of Court**
                                            **BY:** _[signature]_
                                                        _____
                                                        **Deputy Clerk**